IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CONNIE KENNEDY, | CV 18–180–M–DLC–KLD |
| Plaintiff, | |
| vs. | ORDER |
| TRUMBULL INSURANCE CO., | |
| Defendant. | |

Before the Court is the parties' Joint Stipulation of Voluntary Dismissal with Prejudice. (Doc. 27.)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

DATED this 23rd day of October, 2019.

Dana L. Christensen, Chief Judge
United States District Court